

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL 33315

July 09, 2013
Invoice: 572086
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 28806.0002** - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---:|
| Fees for Professional Services | $15,132.00 |
| Costs | $353.56 |
| NET CURRENT BILLING FOR THIS MATTER | $15,485.56 |
| Balance Due for Current Invoice | $15,485.56 |
| **Total Due For This Matter** | **$15,485.56** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Michael Tomback | Law Clerk | 6.60 | 363.00 |
| Mary B. Clark | Associate | 11.60 | 3,712.00 |
| Jeffrey A. Backman | Associate | 25.20 | 9,702.00 |
| Scott M. Wellikoff | Associate | 2.30 | 690.00 |
| Richard W. Epstein | Shareholder | 0.70 | 385.00 |
| Ben I Zipken | Of Counsel | 6.40 | 280.00 |
| | Total For Services | | 15,132.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 06/26/13 | | | | 241.97 |
| 06/26/13 | | | | 25.20 |
| 06/30/13 | | | | 86.39 |
| | | Total Disbursements | | $353.56 |
| | | Current Invoice Total | | $15,485.56 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL 33315

August 13, 2013
Invoice: 584413
Client ID: 28806
Page Number: 1

### INVOICE SUMMARY

**Our Matter # 28806.0002** - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---|
| Fees for Professional Services | $7,247.00 |
| Costs | $830.89 |
| NET CURRENT BILLING FOR THIS MATTER | $8,077.89 |
| Balance Due for Current Invoice | $8,077.89 |
| **Total Due For This Matter** | $8,077.89 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Jeffrey A. Backman | Associate | 8.70 | 3,349.50 |
| Scott M. Wellikoff | Associate | 0.80 | 240.00 |
| Richard W. Epstein | Shareholder | 0.70 | 385.00 |
| Ben I Zipken | Of Counsel | 21.50 | 3,272.50 |
| | Total For Services | | 7,247.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 07/15/13 | Document Reproduction | | 215 | 53.75 |
| 06/30/13 | Online Legal Research | Pacer Online Legal Research 06/30/2013; Payee: Pacer Service Center; Invoice #06302013; 06/30/2013 | | 2.40 |
| 06/30/13 | Online Legal Research | Pacer Online Legal Research 06/30/2013; Payee: Pacer Service Center; Invoice #06302013; 06/30/2013 | | 4.00 |
| 07/19/13 | Outside Copies/Printing | Monthly Hosting: Re: TurboUSA; Payee: Credence Corporation; Invoice #9175; 03/31/2013 | | 232.80 |
| 07/19/13 | Outside Copies/Printing | Monthly Hosting: Re: TurboUSA, Inc.; Payee: Credence Corporation; Invoice #8918; 03/31/2013 | | 232.80 |
| 07/12/13 | Outside Copies/Printing | User Access/Monthly Hosting 6/30/2013; Payee: Credence Corporation; Invoice #9421; 06/30/2013 | | 232.80 |
| 07/31/13 | Westlaw - Online legal research | Online Research 7-31-2013 | | 72.34 |
| | | Total Disbursements | | $830.89 |
| | | Current Invoice Total | | $8,077.89 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL  33315

September 12, 2013
Invoice: 592937
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 28806.0002** - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---:|
| Fees for Professional Services | $6,028.00 |
| Costs | $469.55 |
| NET CURRENT BILLING FOR THIS MATTER | $6,497.55 |
| Balance Due for Current Invoice | $6,497.55 |
| **Total Due For This Matter** | $6,497.55 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Raul Valero | Law Clerk | 4.40 | 726.00 |
| Mary B. Clark | Associate | 0.70 | 224.00 |
| Jeffrey A. Backman | Associate | 5.80 | 2,233.00 |
| Richard W. Epstein | Shareholder | 1.80 | 990.00 |
| Ben I Zipken | Of Counsel | 10.60 | 1,855.00 |
| | Total For Services | | 6,028.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 07/31/13 | Online Legal Research | Pacer Online Legal Research 07/31/2013; Payee: Pacer Service Center; Invoice #07312013; 07/31/2013 | | 37.80 |
| 08/14/13 | Document Retrieval | Doc Retrieval 7/2013; Payee: Credence Corporation; Invoice #9626; 07/31/2013 | | 232.80 |
| 08/31/13 | Westlaw - Online legal research | Online Research 8-31-2013 | | 198.95 |
| | | Total Disbursements | | $469.55 |
| | | Current Invoice Total | | $6,497.55 |
| | | TOTAL AMOUNT DUE | | $6,497.55 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL  33315

October 03, 2013
Invoice: 599637
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter #** 28806.0002 - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---:|
| Fees for Professional Services | $11,567.50 |
| Costs | $358.86 |
| NET CURRENT BILLING FOR THIS MATTER | $11,926.36 |
| | |
| Balance Due for Current Invoice | $11,926.36 |
| | |
| Previous Balance as of 10/03/13 | $6,497.55 |
| | |
| **Total Due For This Matter** | $18,423.91 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Raul Valero | Law Clerk | 13.00 | 2,145.00 |
| Mary B. Clark | Associate | 9.80 | 3,136.00 |
| Jeffrey A. Backman | Associate | 11.90 | 4,581.50 |
| Richard W. Epstein | Shareholder | 3.10 | 1,705.00 |
| | | Total For Services | 11,567.50 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 08/31/13 | Online Legal Research | Pacer Online Legal Research 08/31/2013; Payee: Pacer Service Center; Invoice #08312013; 08/31/2013 | | 14.90 |
| 08/31/13 | Online Legal Research | Pacer Online Legal Research 08/31/2013; Payee: Pacer Service Center; Invoice #08312013; 08/31/2013 | | 5.80 |
| 09/09/13 | Document Retrieval | Monthly Hosting 5/31/13; Payee: Credence Corporation; Invoice #9299; 06/01/2013 | | 232.80 |
| 09/30/13 | Westlaw - Online legal research | Online Research 9-30-2013 | | 105.36 |
| | | Total Disbursements | | $358.86 |

| | |
|---|---:|
| Current Invoice Total | $11,926.36 |
| Previous Balance | 6,497.55 |
| TOTAL AMOUNT DUE | $18,423.91 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL 33315

November 07, 2013
Invoice: 612084
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 28806.0002** - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---:|
| Fees for Professional Services | $7,403.00 |
| Costs | $240.50 |
| NET CURRENT BILLING FOR THIS MATTER | $7,643.50 |
| Balance Due for Current Invoice | $7,643.50 |
| **Total Due For This Matter** | $7,643.50 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Jeffrey A. Backman | Associate | 12.50 | 4,812.50 |
| Raul Valero | Associate | 13.70 | 2,260.50 |
| Richard W. Epstein | Shareholder | 0.60 | 330.00 |
| | Total For Services | | 7,403.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 09/30/13 | Online Legal Research | Pacer Online Legal Research 09/30/2013; Payee: Pacer Service Center; Invoice #09302013; 09/30/2013 | | 1.20 |
| 09/30/13 | Online Legal Research | Pacer Online Legal Research 09/30/2013; Payee: Pacer Service Center; Invoice #09302013; 09/30/2013 | | 6.50 |
| 10/08/13 | Document Retrieval | Monthly Hosting: 8/31/13; Payee: Credence Corporation; Invoice #9831; 08/31/2013 | | 232.80 |
| | | Total Disbursements | | $240.50 |
| | | Current Invoice Total | | $7,643.50 |
| | | TOTAL AMOUNT DUE | | $7,643.50 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL 33315

December 04, 2013
Invoice: 620002
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 28806.0002** - TurboUSA, Inc. adv. ABB Turbo Systems AG

| | |
|---|---|
| Fees for Professional Services | $6,515.00 |
| Costs | $155.90 |
| NET CURRENT BILLING FOR THIS MATTER | $6,670.90 |
| Balance Due for Current Invoice | $6,670.90 |
| **Total Due For This Matter** | $6,670.90 |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Lauren M. Shoemake | Associate | 0.30 | 52.50 |
| Jeffrey A. Backman | Associate | 5.90 | 2,271.50 |
| Raul Valero | Associate | 25.40 | 4,191.00 |
| | | Total For Services | 6,515.00 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 10/31/13 | Online Legal Research | Pacer Online Legal Research 10/31/2013; Payee: Pacer Service Center; Invoice #10312013; 10/31/2013 | | 13.10 |
| 11/13/13 | Outside Copies/Printing | Monthly Hosting: Turbo USA; Payee: Credence Corporation; Invoice #10124; 10/31/2013 | | 142.80 |
| | | Total Disbursements | | $155.90 |
| | | Current Invoice Total | | $6,670.90 |
| | | TOTAL AMOUNT DUE | | $6,670.90 |



Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

TurboUSA
2950 S.W. 2nd Avenue
Fort Lauderdale, FL 33315

January 09, 2014
Invoice: 630482
Client ID: 28806
Page Number: 1

## INVOICE SUMMARY

**Our Matter # 28806.0002 - TurboUSA, Inc. adv. ABB Turbo Systems AG**

| | |
|---|---:|
| Fees for Professional Services | $2,491.50 |
| Costs | $537.34 |
| NET CURRENT BILLING FOR THIS MATTER | $3,028.84 |
| Balance Due for Current Invoice | $3,028.84 |
| **Total Due For This Matter** | **$3,028.84** |

## Timekeeper Summary

| Timekeeper | Title | Hours | Amount |
|---|---|---|---|
| Jeffrey A. Backman | Associate | 5.20 | 2,002.00 |
| Raul Valero | Associate | 0.30 | 49.50 |
| Richard W. Epstein | Shareholder | 0.80 | 440.00 |

|  |  |
|---|---|
| Total For Services | 2,491.50 |

## Cost Detail

| Date | Description | Narrative | Quantity | Amount |
|---|---|---|---|---|
| 11/30/13 | Westlaw - Online legal research | Online Research 11-30-2013 |  | 52.54 |
| 12/13/13 | Filing Fee | Montly Hosting 11/30/13; Payee: Credence Corporation; Invoice #10292; 11/30/2013 |  | 484.80 |

|  |  |
|---|---|
| Total Disbursements | $537.34 |
| Current Invoice Total | $3,028.84 |
| TOTAL AMOUNT DUE | $3,028.84 |