

KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
ATTORNEYS AT LAW

200 SW 1st AVENUE
SUITE 1200
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE: 954.525.4100
FACSIMILE: 954.525.4300
WWW.KOLAWYERS.COM

Johan Franken                                           August 31, 2013
Veenweg 67                                   File #:        12263-001
Nootdorp 2631 CK                             Inv #:            58655
The Netherlands

**RE:**    ABB Turbo Systems AG and ABB Inc vs. Turboned Service B.V.,
           Turbousa, Inc.,
           Johan Herman Franken and Willem Franken

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Aug-16-13 | JDA | | 0.30 | $385.00 | 115.50 |
| Aug-19-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | STH | | 0.30 | $385.00 | 115.50 |
| Aug-20-13 | STH | | 0.60 | $385.00 | 231.00 |
| Aug-21-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.40 | $385.00 | 154.00 |
| | JDA | | 0.90 | $385.00 | 346.50 |



EXHIBIT
A

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| | KC | 1.60 | $275.00 | 440.00 |
| | STH | 1.60 | $385.00 | 616.00 |
| Aug-22-13 | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.30 | $385.00 | 115.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 1.80 | $275.00 | 495.00 |
| | STH | 0.90 | $385.00 | 346.50 |
| Aug-23-13 | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 3.90 | $275.00 | 1,072.50 |
| | STH | 0.90 | $385.00 | 346.50 |
| Aug-26-13 | KC | 1.70 | $275.00 | 467.50 |

| Aug-27-13 | KC | | 0.80 | $275.00 | 220.00 |
|-----------|-----|--|------|---------|--------|
| | Totals | | 16.50 | $5,274.50 | |
| | **Total Fee & Costs** | | | **$5,274.50** | |
| | **Balance Now Due** | | | **$5,274.50** | |

**Please remit your payment to: Kopelowitz Ostrow PA
200 SW 1st Avenue, Suite 1200, Fort Lauderdale, FL 33301**



KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
ATTORNEYS AT LAW

200 SW 1st Avenue
Suite 1200
Fort Lauderdale, Florida 33301

Telephone: 954.525.4100
Facsimile: 954.525.4300
www.kolawyers.com

Johan Franken                                        September 30, 2013
Veenweg 67                              File #:        12263-001
Nootdorp 2631 CK                        Inv #:              59497
The Netherlands

**RE:**   ABB Turbo Systems AG and ABB Inc vs. Turboned Service B.V.,
          Turbousa, Inc.,
          Johan Herman Franken and Willem Franken

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Aug-20-13 | RL | | 0.60 | $0.00 | 0.00 |
| Sep-01-13 | STH | | 0.20 | $385.00 | 77.00 |
| Sep-02-13 | STH | | 0.40 | $385.00 | 154.00 |
| Sep-03-13 | JDA | | 0.20 | $385.00 | 77.00 |
| | STH | | 0.90 | $385.00 | 346.50 |

| Date | Code | Hours | Rate | Amount |
|---|---|---|---|---|
| Sep-04-13 | JDA | 0.40 | $385.00 | 154.00 |
| | KC | 1.90 | $275.00 | 522.50 |
| | STH | 0.60 | $385.00 | 231.00 |
| Sep-05-13 | STH | 1.50 | $385.00 | 577.50 |
| Sep-06-13 | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | KC | 2.80 | $275.00 | 770.00 |
| Sep-09-13 | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 1.50 | $275.00 | 412.50 |
| | STH | 3.40 | $385.00 | 1,309.00 |

| Date | Initials | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Sep-10-13 | JDA | | | 2.10 | $385.00 | 808.50 |
| | JDA | | | 1.20 | $385.00 | 462.00 |
| | KC | | | 5.70 | $275.00 | 1,567.50 |
| | STH | | | 3.90 | $385.00 | 1,501.50 |
| Sep-11-13 | JDA | | | 0.20 | $385.00 | 77.00 |
| | JDA | | | 0.40 | $385.00 | 154.00 |
| | JDA | | | 0.30 | $385.00 | 115.50 |
| | JDA | | | 0.10 | $385.00 | 38.50 |

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| | KC | | 0.30 | $275.00 | 82.50 |
| | STH | | 5.40 | $385.00 | 2,079.00 |
| Sep-12-13 | JDA | | 0.30 | $385.00 | 115.50 |
| | JDA | | 0.80 | $385.00 | 308.00 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.80 | $385.00 | 308.00 |
| | JDA | | 1.40 | $385.00 | 539.00 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.60 | $385.00 | 231.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| | KC | 1.80 | $275.00 | 495.00 |
| | STH | 6.80 | $385.00 | 2,618.00 |
| Sep-13-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.10 | $385.00 | 38.50 |
| Sep-16-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.10 | $385.00 | 38.50 |
| Sep-17-13 | KC | 0.40 | $275.00 | 110.00 |
| | STH | 1.20 | $385.00 | 462.00 |
| Sep-18-13 | JDA | 0.30 | $385.00 | 115.50 |

| | | | | |
|---|---|---|---|---|
| | JDA | 0.10 | $385.00 | 38.50 |
| Sep-19-13 | JDA | 0.20 | $385.00 | 77.00 |
| | KC | 0.50 | $275.00 | 137.50 |
| | STH | 0.40 | $385.00 | 154.00 |
| Sep-20-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.10 | $385.00 | 38.50 |
| Sep-23-13 | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 1.20 | $385.00 | 462.00 |
| Sep-25-13 | STH | 0.60 | $385.00 | 231.00 |
| Sep-26-13 | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |

| Date | Atty | Hours | Rate | Amount |
|------|------|------|------|--------|
| | KC | 2.60 | $275.00 | 715.00 |
| | STH | 1.40 | $385.00 | 539.00 |
| Sep-27-13 | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 2.20 | $275.00 | 605.00 |
| | STH | 0.50 | $385.00 | 192.50 |
| | Totals | 60.60 | $20,933.00 | |

**COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| Sep-26-13 | Expense Recovery<br>WestLaw Research | 129.24 |
| | Totals | $129.24 |

| | |
|---|---|
| **Total Fee & Costs** | **$21,062.24** |
| Outstanding Balance from Previous Billings | 5,274.50 |
| **Balance Now Due** | **$26,336.74** |



KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
ATTORNEYS AT LAW

200 SW 1st AVENUE
SUITE 1200
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE: 954.525.4100
FACSIMILE: 954.525.4300
WWW.KOLAWYERS.COM

Johan Franken
Veenweg 67
Nootdorp 2631 CK
The Netherlands

October 31, 2013

File #:     12263-001
Inv #:         60735

**RE:**  ABB Turbo Systems AG and ABB Inc vs. Turboned Service B.V.,
Turbousa, Inc.,
Johan Herman Franken and Willem Franken

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Sep-27-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| Oct-01-13 | KC | | 0.30 | $275.00 | 82.50 |
| | STH | | 1.60 | $385.00 | 616.00 |
| Oct-02-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | STH | | 0.80 | $385.00 | 308.00 |

| | | | | |
|---|---|---|---|---|
| Oct-03-13 | JDA | 0.10 | $385.00 | 38.50 |
| Oct-08-13 | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.30 | $385.00 | 115.50 |
| | STH | 3.50 | $385.00 | 1,347.50 |
| Oct-09-13 | JDA | 0.60 | $385.00 | 231.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.60 | $385.00 | 231.00 |

| | | | | |
|---|---|---|---|---|
| | STH | 1.50 | $385.00 | 577.50 |
| Oct-10-13 | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.60 | $385.00 | 231.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 1.40 | $275.00 | 385.00 |
| | STH | 1.80 | $385.00 | 693.00 |

| | | | | | |
|---|---|---|---|---|---|
| Oct-11-13 | JDA | | 2.10 | $385.00 | 808.50 |
| | JDA | | 0.80 | $385.00 | 308.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.30 | $385.00 | 115.50 |
| | KC | | 3.20 | $275.00 | 880.00 |
| | STH | | 3.20 | $385.00 | 1,232.00 |
| Oct-14-13 | JDA | | 0.40 | $385.00 | 154.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | KC | | 1.20 | $275.00 | 330.00 |

| Date | | | | |
|------|-----|------|---------|----------|
| | STH | 2.80 | $385.00 | 1,078.00 |
| Oct-15-13 | JDA | 4.70 | $385.00 | 1,809.50 |
| | JDA | 0.70 | $385.00 | 269.50 |
| | KC | 2.20 | $275.00 | 605.00 |
| | STH | 2.60 | $385.00 | 1,001.00 |
| Oct-16-13 | JDA | 0.30 | $385.00 | 115.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 2.40 | $275.00 | 660.00 |
| | STH | 1.60 | $385.00 | 616.00 |

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Oct-17-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.90 | $385.00 | 346.50 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.40 | $385.00 | 154.00 |
| | KC | | 3.20 | $275.00 | 880.00 |
| | STH | | 3.80 | $385.00 | 1,463.00 |
| Oct-18-13 | KC | | 0.80 | $275.00 | 220.00 |
| | STH | | 4.60 | $385.00 | 1,771.00 |
| Oct-20-13 | JDA | | 2.70 | $385.00 | 1,039.50 |
| Oct-21-13 | JDA | | 0.40 | $385.00 | 154.00 |

| | | | | |
|---|---|---|---|---|
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 1.40 | $385.00 | 539.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 4.40 | $385.00 | 1,694.00 |
| Oct-24-13 | JDA | 0.60 | $385.00 | 231.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.30 | $385.00 | 115.50 |
| | STH | 0.60 | $385.00 | 231.00 |
| Oct-25-13 | JDA | 0.50 | $385.00 | 192.50 |

| | | | | |
|---|---|---|---|---|
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.30 | $385.00 | 115.50 |
| | KC | 0.80 | $275.00 | 220.00 |
| | STH | 0.70 | $385.00 | 269.50 |
| Oct-28-13 | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 1.80 | $275.00 | 495.00 |
| | STH | 0.90 | $385.00 | 346.50 |
| Oct-29-13 | JDA | 0.40 | $385.00 | 154.00 |
| | JDA | 0.60 | $385.00 | 231.00 |

| | | | | |
|---|---|---|---|---|
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | KC | 0.20 | $275.00 | 55.00 |
| | STH | 1.00 | $385.00 | 385.00 |
| Oct-30-13 | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.80 | $385.00 | 308.00 |
| | STH | 2.40 | $385.00 | 924.00 |

| Oct-31-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.90 | $385.00 | 346.50 |
| | STH | | 0.80 | $385.00 | 308.00 |
| | Totals | | 81.60 | $29,491.00 | |

**COSTS**

| Oct-01-13 | Expense Recovery | | 23.70 |
| | WestLaw Research | | |
| | Expense Recovery | | 241.47 |
| | WestLaw Research | | |
| | Expense Recovery | | 61.12 |
| | WestLaw Research | | |
| | Totals | | $326.29 |

| **Total Fee & Costs** | **$29,817.29** |
| Outstanding Balance from Previous Billings | 26,336.74 |
| Previous Payments | 26,336.74 |
| **Balance Now Due** | **$29,817.29** |

**Please remit your payment to: Kopelowitz Ostrow PA
200 SW 1st Avenue, Suite 1200, Fort Lauderdale, FL 33301**



KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
ATTORNEYS AT LAW

200 SW 1st Avenue
Suite 1200
Fort Lauderdale, Florida 33301

Telephone: 954.525.4100
Facsimile: 954.525.4300
www.kolawyers.com

Johan Franken                                      December 27, 2013
Veenweg 67                            File #:        12263-001
Nootdorp 2631 CK                      Inv #:             62194
The Netherlands

**RE:**     ABB Turbo Systems AG and ABB Inc vs. Turboned Service B.V.,
           Turbousa, Inc.,
           Johan Herman Franken and Willem Franken

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Nov-05-13 | STH | | 0.50 | $385.00 | 192.50 |
| Nov-06-13 | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.40 | $385.00 | 154.00 |
| | JDA | | 0.80 | $385.00 | 308.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | KC | | 1.20 | $275.00 | 330.00 |

| Date | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| | STH | 1.20 | $385.00 | 462.00 |
| Nov-07-13 | JDA | 0.80 | $385.00 | 308.00 |
| | KC | 2.20 | $275.00 | 605.00 |
| | STH | 0.80 | $385.00 | 308.00 |
| Nov-08-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.10 | $385.00 | 38.50 |
| Nov-11-13 | JDA | 0.30 | $385.00 | 115.50 |
| | KC | 1.80 | $275.00 | 495.00 |
| | STH | 1.50 | $385.00 | 577.50 |

| Date | Code | Hours | Rate | Amount |
|---|---|---|---|---|
| Nov-12-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 2.40 | $385.00 | 924.00 |
| Nov-13-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.10 | $385.00 | 38.50 |
| Nov-14-13 | JDA | 1.10 | $385.00 | 423.50 |
| | JDA | 0.60 | $385.00 | 231.00 |
| | STH | 1.00 | $385.00 | 385.00 |
| | STH | 2.40 | $385.00 | 924.00 |
| Nov-15-13 | JDA | 0.30 | $385.00 | 115.50 |
| | JDA | 0.20 | $385.00 | 77.00 |

| | | | | |
|---|---|---|---|---|
| | KC | 0.20 | $275.00 | 55.00 |
| | STH | 0.40 | $385.00 | 154.00 |
| Nov-18-13 | KC | 0.20 | $275.00 | 55.00 |
| | STH | 0.80 | $385.00 | 308.00 |
| Nov-19-13 | JDA | 0.20 | $385.00 | 77.00 |
| | STH | 0.60 | $385.00 | 231.00 |
| Nov-20-13 | JDA | 0.60 | $385.00 | 231.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.80 | $385.00 | 308.00 |
| Nov-21-13 | JDA | 0.20 | $385.00 | 77.00 |
| | STH | 0.30 | $385.00 | 115.50 |
| Nov-22-13 | JDA | 0.40 | $385.00 | 154.00 |

| | | | | |
|---|---|---|---|---|
| | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 0.80 | $385.00 | 308.00 |
| Nov-25-13 | JDA | 0.40 | $385.00 | 154.00 |
| | STH | 0.80 | $385.00 | 308.00 |
| | STH | 0.60 | $385.00 | 231.00 |
| Nov-26-13 | JDA | 0.20 | $385.00 | 77.00 |
| | STH | 0.60 | $385.00 | 231.00 |
| Nov-27-13 | KC | 0.20 | $275.00 | 55.00 |
| | STH | 0.80 | $385.00 | 308.00 |
| Dec-02-13 | JDA | 0.40 | $385.00 | 154.00 |
| | JDA | 0.10 | $385.00 | 38.50 |

| Date | Initials | Hours | Rate | Amount |
|------|----------|-------|------|--------|
| | KC | 1.40 | $275.00 | 385.00 |
| | STH | 1.50 | $385.00 | 577.50 |
| Dec-03-13 | KC | 0.10 | $275.00 | 27.50 |
| | STH | 1.20 | $385.00 | 462.00 |
| Dec-04-13 | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | JDA | 0.30 | $385.00 | 115.50 |
| | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 1.20 | $385.00 | 462.00 |

| Date | Code | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dec-05-13 | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |
| | STH | | 0.10 | $385.00 | 38.50 |
| Dec-06-13 | JDA | | 0.90 | $385.00 | 346.50 |
| | STH | | 1.20 | $385.00 | 462.00 |
| Dec-09-13 | JDA | | 0.10 | $385.00 | 38.50 |
| Dec-10-13 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.40 | $385.00 | 154.00 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| Dec-11-13 | JDA | | 0.20 | $385.00 | 77.00 |

|            |     |      |          |        |
|------------|-----|------|----------|--------|
|            | JDA | 0.10 | $385.00  | 38.50  |
|            | JDA | 0.30 | $385.00  | 115.50 |
| Dec-12-13  | JDA | 0.10 | $385.00  | 38.50  |
|            | JDA | 0.10 | $385.00  | 38.50  |
|            | KC  | 0.60 | $275.00  | 165.00 |
| Dec-16-13  | STH | 0.40 | $385.00  | 154.00 |
| Dec-17-13  | JDA | 0.20 | $385.00  | 77.00  |
| Dec-19-13  | JDA | 0.20 | $385.00  | 77.00  |
|            | STH | 0.80 | $385.00  | 308.00 |
| Dec-20-13  | JDA | 0.10 | $385.00  | 38.50  |
| Dec-23-13  | STH | 0.50 | $385.00  | 192.50 |
| Dec-24-13  | STH | 0.50 | $385.00  | 192.50 |
| Dec-27-13  | KC  | 2.30 | $275.00  | 632.50 |
| Totals     |     | 46.10 | $16,626.50 |      |

**COSTS**

| Dec-23-13 | Expense Recovery WestLaw Research | 5.29 |
|---|---|---|
| | Expense Recovery WestLaw Research | 198.01 |
| | Expense Recovery WestLaw Research | 9.18 |
| | Expense Recovery WestLaw Research | 13.86 |
| | Expense Recovery WestLaw Research | 129.77 |
| | Expense Recovery WestLaw Research | 28.52 |

| | |
|---|---|
| Totals | $384.63 |

| | |
|---|---|
| **Total Fee & Costs** | **$17,011.13** |
| Retainers Applied | 17,011.13 |
| Outstanding Balance from Previous Billings | 29,817.29 |
| Previous Payments | 29,817.29 |
| **Balance Now Due** | **$0.00** |

**Please remit your payment to: Kopelowitz Ostrow PA
200 SW 1st Avenue, Suite 1200, Fort Lauderdale, FL 33301**



KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
ATTORNEYS AT LAW

200 SW 1st Avenue
Suite 1200
Fort Lauderdale, Florida 33301

Telephone: 954.525.4100
Facsimile: 954.525.4300
WWW.KOLAWYERS.COM

Johan Franken                                     January 31, 2014
Veenweg 67                          File #:        12263-001
Nootdorp 2631 CK                    Inv #:              62876
The Netherlands

**RE:**    ABB Turbo Systems AG and ABB Inc vs. Turboned Service B.V.,
          Turbousa, Inc.,
          Johan Herman Franken and Willem Franken

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|--------|-------------|-------|------|--------|
| Dec-16-13 | STH | | 0.80 | $385.00 | 308.00 |
| Dec-23-13 | JDA | | 0.10 | $385.00 | 38.50 |
| Dec-26-13 | JDA | | 0.60 | $385.00 | 231.00 |
| | STH | | 0.80 | $385.00 | 308.00 |

| | | | | |
|---|---|---|---|---|
| Dec-27-13 | JDA | 0.10 | $385.00 | 38.50 |
| | STH | 1.20 | $385.00 | 462.00 |
| Dec-30-13 | JDA | 0.40 | $385.00 | 154.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.20 | $385.00 | 77.00 |
| | JDA | 0.70 | $385.00 | 269.50 |
| | KC | 0.30 | $275.00 | 82.50 |
| | STH | 0.80 | $385.00 | 308.00 |
| | STH | 1.40 | $385.00 | 539.00 |
| | STH | 1.20 | $385.00 | 462.00 |

| Date | Initials | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dec-31-13 | JDA | | 0.30 | $385.00 | 115.50 |
| | STH | | 0.30 | $385.00 | 115.50 |
| Jan-02-14 | JDA | | 0.10 | $385.00 | 38.50 |
| | STH | | 0.10 | $385.00 | 38.50 |
| Jan-03-14 | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.30 | $385.00 | 115.50 |
| | JDA | | 0.40 | $385.00 | 154.00 |
| | JDA | | 0.10 | $385.00 | 38.50 |

| | | | |
|---|---|---|---|
| JDA | 0.10 | $385.00 | 38.50 |
| JDA | 0.30 | $385.00 | 115.50 |
| JDA | 0.20 | $385.00 | 77.00 |
| JDA | 0.20 | $385.00 | 77.00 |
| STH | 1.60 | $385.00 | 616.00 |

| Date | Initials | | Hours | Rate | Amount |
|------|----------|---|-------|------|--------|
| Jan-04-14 | STH | | 0.10 | $385.00 | 38.50 |
| Jan-05-14 | STH | | 0.10 | $385.00 | 38.50 |
| Jan-06-14 | JDA | | 0.10 | $385.00 | 38.50 |
| | JDA | | 0.70 | $385.00 | 269.50 |
| | JDA | | 0.30 | $385.00 | 115.50 |
| | JDA | | 0.20 | $385.00 | 77.00 |
| | JDA | | 0.90 | $385.00 | 346.50 |
| | KC | | 0.20 | $275.00 | 55.00 |
| | STH | | 2.60 | $385.00 | 1,001.00 |
| | STH | | 2.20 | $385.00 | 847.00 |

| | | | |
|---|---|---|---|
| STH | 0.20 | $385.00 | 77.00 |